UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01837-JVS-DFM | Date | November 18, 2026 |
| Title | Daniel Kennedy v. Dr. Charbel Maksoud et al | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| | |
|---|---|
| Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order to Show Cause Re November 16, 2026, Scheduling Conference**

The Court, on its own motion, hereby **ORDERS** Plaintiff to Show Cause in writing no later than **December 7, 2026** as to why he failed to appear for the November 16, 2026 Scheduling Conference at 1:30 PM in Courtroom 10C.

Plaintiff is also **ORDERED** to appear in front of the Court on December 14, 2026 to respond to this Order to Show Cause, as well as for the hearing set on December 14, 2026 in connection with Defendant Dr. Charbel Maksoud's Motion to Dismiss the First Amended Complaint. (Dkt. No. 72.)

It is Plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**IT IS SO ORDERED.**